# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Silvestre Merino-Lopez,<br><br>  Defendant. | No. CR-19-02159-001-TUC-JGZ (DTF)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bruce G Macdonald. (Doc. 150.) Magistrate Judge Macdonald recommends denying the six motions filed by Defendant. (*Id.*)

A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. Upon review of the record, the Court will adopt Magistrate Judge Macdonald's recommendations. Accordingly,

**IT IS ORDERED**:

1. Magistrate Judge Macdonald's Report and Recommendation (Doc. 150) is **ADOPTED**;
2. Defendant's Motion to Suppress evidence (Doc. 76) is **DENIED**;
3. Defendant's Motion to Dismiss Count One of the Indictment (Doc. 117) is **DENIED**;

4. Defendant's Motion to Suppress Consent to Search Defendant's Cellphone (Doc. 120) is **DENIED**;

5. Defendant's Motion to Dismiss Count One for Duplicity (Doc. 126) is **DENIED**;

6. Defendant's Motion to Dismiss Count One for Lack of Venue (Doc. 129) is **DENIED**.

Dated this 11th day of April, 2022.

*[signature]*
Honorable Jennifer G. Zipps
United States District Judge